UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL THIEL,

        Plaintiff,

v.

CHRYSLER GROUP, L.L.C.,

        Defendant.
_____/

Case No. 11-12767

Honorable John Corbett O'Meara

## ORDER OF PARTIAL DISMISSAL

    Plaintiff Michael Thiel filed a six-count complaint in this court June 27, 2011, alleging violations of the Americans with Disabilities Act, 42 U.S.C. §§ 12101 *et seq.*, in the first three counts and violations of Michigan's People with Disabilities Civil Rights Act, Mich. Comp. Laws Ann. §§ 37.1101 *et seq.*, in the remaining three counts.

    Although Plaintiff's federal causes of action are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based solely on state law. Plaintiff failed to establish diversity of citizenship in his complaint; therefore, the court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994). Accordingly, it is hereby **ORDERED** that Counts IV, V and VI are **DISMISSED.**

                                      s/John Corbett O'Meara
                                      United States District Judge

Date:  July 5, 2011

  I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 5, 2011, using the ECF system.

             s/William Barkholz
             Case Manager